## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2162    Assigned/Issued By: J. N.

Judge Name: ASPEN    Designated Magistrate Judge: BROWN

### FEE INFORMATION

Amount Due:  ☑ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other _____
             ☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350    Receipt #: 2699547

Date Payment Rec'd: 4-16-08    Fiscal Clerk: J. N.

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*
☐ Writ _____            ☐ Other
       *(Type of Writ)*                _____
                                       *(Type of issuance)*

3 Original and 0 copies on 4-16-08 as to ALL DEFENDANTS
                         *(Date)*