AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

MHW

### SUMMONS IN A CIVIL CASE

PLUMBERS AND STEAMFITTERS LOCAL
NO. 7 PENSION FUND

CASE NUMBER: 08CV2162

V.

ASSIGNED JUDGE: JUDGE ASPEN

WALGREEN CO., JEFFREY A. REIN and
GREGORY D. WASSON

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

WALGREEN CO.
200 WILMOT ROAD
DEERFIELD, IL 60015

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARVIN A. MILLER
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
(312) 332-3400

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

April 16, 2008

Date

# AFFIDAVIT OF SERVICE

CASE NUMBER: 08CV2162    DOCKET NUMBER: 08F1006655    DEPUTY: _____
TITLE: PLUMBERS AND STEAMFITTERS LOCAL VS WALGREEN CO.
CASE DATE: 04/16/08      EXPIRES: 05/13/08       TIME: 15:16
DEFENDANT:
NAME:   WALGREEN    CO.                  ADDRESS: 200    WILMOT ROAD
                                                  DEERFIELD

---

SERVICE INFORMATION: I CERTIFY THAT I SERVED THIS SUMMONS AND COMPLAINT ON THE DEFENDANT AS FOLLOWS:
DATE SERVED: 4-21-08           TIME SERVED: 11 21  AM/PM

____ PERSONAL SERVICE

____ SUBSTITUTED SERVICE: BY LEAVING A COPY AT THE DEFENDANTS USUAL PLACE OF ABODE, WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE AGE OF 13 YRS. OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS AND COMPLAINT, I, OR SOME OTHER AUTHORIZED PERSON, SENT A COPY OF THE SUMMONS IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE.

NAME: _____    RELATION: _____

X  SERVICE ON: CORPORATION √   COMPANY ___ BUSINESS ___ PARTNERSHIP ___
   LEFT A COPY OF THE SUMMONS AND COMPLAINT WITH A REGISTERED AGENT ___,
   AUTHORIZED PERSON √  , PARTNER ____, OR OTHER ____.

NAME: Kristi Boyne
ADDRESS SERVED (IF DIFFERENT THAN ABOVE):

STREET: _____    CITY-STATE-ZIP: _____

PERSONAL INFORMATION:  SEX: F    RACE: W    AGE: 30    EYES: ____
HAIR: ____  HEIGHT: ____  WEIGHT: ____  EMPLOYER: ____

---

NOT SERVED:    DATE ___/___/___

____ 02 RETURNED NOT FOUND MOVED    ____ 07 RNF NEVER HOME
____ 03 RNF NOT AT GIVEN ADDRESS    ____ 08 RNF DEFENDANT DECEASED
____ 04 RNF NO LONGER EMPLOYED      ____ 09 RNF OTHER
____ 05 RNF REFUSED TO OPEN DOOR    ____ 10 ACTION SCHEDULED
____ 06 RNF COURT DATE RAN OUT      ____ __ OTHER

FILED
4-28-2008
APR 28 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ATTEMPTS:
1) DATE: _____   TIME: _____   NOTES: _____
2) DATE: _____   TIME: _____   NOTES: _____
3) DATE: _____   TIME: _____   NOTES: _____
4) DATE: _____   TIME: _____   NOTES: _____

COMMENTS:

MARK C. CURRAN, JR.
SHERIFF OF LAKE COUNTY

BY DEPUTY: _____

---

NOTARY PUBLIC, LAKE COUNTY, ILLINOIS
MY COMMISSION EXPIRES: