AO 440 (Rev. 05/00) Summons in a Civil Action

MHW

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

2008 APR 28 PM 5: 45
U.S. DISTRICT

### SUMMONS IN A CIVIL CASE

PLUMBERS AND STEAMFITTERS LOCAL
NO. 7 PENSION FUND

V.

WALGREEN CO., JEFFREY A. REIN and
GREGORY D. WASSON

CASE NUMBER: 08CV2162

ASSIGNED JUDGE: JUDGE ASPEN

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

JEFFREY A. REIN
200 WILMOT ROAD
DEERFIELD, IL 60015

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARVIN A. MILLER
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
(312) 332-3400

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

/s/ signature
(By) DEPUTY CLERK

April 16, 2008
Date

# AFFIDAVIT OF SERVICE

CASE NUMBER: 08CV2162   DOCKET NUMBER: 08F1006655   DEPUTY: _____
TITLE: PLUMBERS AND STEAMFITTERS LOCAL VS WALGREEN CO.
CASE DATE: 04/16/08   EXPIRES: 05/13/08   TIME: 15:16
DEFENDANT:
NAME:  REIN   JEFFREY   A   ADDRESS: 200   WILMOT ROAD
                                              DEERFIELD

---

SERVICE INFORMATION: I CERTIFY THAT I SERVED THIS SUMMONS AND COMPLAINT ON THE DEFENDANT AS FOLLOWS:
DATE SERVED: 4-4-08    TIME SERVED: 11:24 AM/PM

____ PERSONAL SERVICE

____ SUBSTITUTED SERVICE: BY LEAVING A COPY AT THE DEFENDANTS USUAL PLACE OF ABODE, WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE AGE OF 13 YRS. OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS AND COMPLAINT, I, OR SOME OTHER AUTHORIZED PERSON, SENT A COPY OF THE SUMMONS IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE.

NAME: _____   RELATION: _____

X  SERVICE ON: CORPORATION ✓ COMPANY __ BUSINESS __ PARTNERSHIP __
   LEFT A COPY OF THE SUMMONS AND COMPLAINT WITH A REGISTERED AGENT ___,
   AUTHORIZED PERSON  X , PARTNER ___, OR OTHER ___.

NAME: Krista Goyal
ADDRESS SERVED (IF DIFFERENT THAN ABOVE):

STREET: _____   CITY-STATE-ZIP: _____

PERSONAL INFORMATION:  SEX: F   RACE: W   AGE: 50   EYES:
HAIR:    HEIGHT:    WEIGHT:    EMPLOYER:

---

NOT SERVED:   DATE ___ / ___ / ___

____ 02 RETURNED NOT FOUND MOVED      ____ 07 RNF NEVER HOME
____ 03 RNF NOT AT GIVEN ADDRESS      ____ 08 RNF DEFENDANT DECEASED
____ 04 RNF NO LONGER EMPLOYED        ____ 09 RNF OTHER
____ 05 RNF REFUSED TO OPEN DOOR      ____ 10 ACTION SCHEDULED
____ 06 RNF COURT DATE RAN OUT        ____ __ OTHER

**FILED**
APR 2 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

ATTEMPTS:
1) DATE: _____   TIME: _____   NOTES: _____
2) DATE: _____   TIME: _____   NOTES: _____
3) DATE: _____   TIME: _____   NOTES: _____
4) DATE: _____   TIME: _____   NOTES: _____

---

COMMENTS:

MARK C. CURRAN, JR.
SHERIFF OF LAKE COUNTY

BY DEPUTY: _____

---

NOTARY PUBLIC, LAKE COUNTY, ILLINOIS
MY COMMISSION EXPIRES: