MHN

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

2008 APR 28 PM 5: 49

U.S. DISTRICT COURT

### SUMMONS IN A CIVIL CASE

PLUMBERS AND STEAMFITTERS LOCAL
NO. 7 PENSION FUND

V.

WALGREEN CO., JEFFREY A. REIN and
GREGORY D. WASSON

| | |
|---|---|
| CASE NUMBER: | 08CV2162 |
| ASSIGNED JUDGE: | JUDGE ASPEN |
| DESIGNATED MAGISTRATE JUDGE: | MAGISTRATE JUDGE BROWN |

TO: (Name and address of Defendant)

GREGORY D. WASSON
200 WILMOT ROAD
DEERFIELD, IL 60015

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARVIN A. MILLER
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
(312) 332-3400

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**April 16, 2008**

Date

**AFFIDAVIT OF SERVICE**

CASE NUMBER: 08CV2162     DOCKET NUMBER: 08F1006655    DEPUTY: 263
TITLE: PLUMBERS AND STEAMFITTERS LOCAL VS WALGREEN CO.
CASE DATE: 04/16/08      EXPIRES: 05/13/08      TIME: 15:17
DEFENDANT:
NAME:   WASSON      GREGORY        D        ADDRESS: 200   WILMOT ROAD

                                            DEERFIELD

------------------------------------------------------------------------

SERVICE INFORMATION: I CERTIFY THAT I SERVED THIS SUMMONS AND COMPLAINT ON THE DEFENDANT AS FOLLOWS:
DATE SERVED: _4 24 08_      TIME SERVED: _11:25_ AM/PM

_____   PERSONAL SERVICE

_____   SUBSTITUTED SERVICE:  BY LEAVING A COPY AT THE DEFENDANTS USUAL PLACE OF
        ABODE, WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE
        AGE OF 13 YRS. OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS OF
        THE SUMMONS AND COMPLAINT, I, OR SOME OTHER AUTHORIZED PERSON, SENT A
        COPY OF THE SUMMONS IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID,
        ADDRESSED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE.

NAME: _____     RELATION: _____
X    SERVICE ON: CORPORATION _X_ COMPANY ___ BUSINESS ___ PARTNERSHIP ___
     LEFT A COPY OF THE SUMMONS AND COMPLAINT WITH A REGISTERED AGENT ___,
     AUTHORIZED PERSON _X_, PARTNER _____, OR OTHER _____.
NAME: _Christ Boyne_
ADDRESS SERVED (IF DIFFERENT THAN ABOVE):

STREET: _____     CITY-STATE-ZIP: _____

PERSONAL INFORMATION:   SEX: F     RACE: W   AGE: 52   EYES:
HAIR:      HEIGHT:      WEIGHT:      EMPLOYER:
------------------------------------------------------------------------
NOT SERVED:      DATE ____/____/____

                                          **F I L E D**
_____ 02  RETURNED NOT FOUND MOVED   _____ 07  RNF NEVER HOME
                                          4-28-2008
_____ 03  RNF NOT AT GIVEN ADDRESS   _____ 08  RNF DEFENDANT DECEASED      APR 2 8 2008

_____ 04  RNF NO LONGER EMPLOYED     _____ 09  RNF OTHER
                                          MICHAEL W. DOBBINS
_____ 05  RNF REFUSED TO OPEN DOOR   _____ 10  ACTION SCHEDULED         CLERK, U.S. DISTRICT COURT

_____ 06  RNF COURT DATE RAN OUT     _____ __ OTHER
------------------------------------------------------------------------
ATTEMPTS:
1) DATE: _____     TIME: _____    NOTES: _____

2) DATE: _____     TIME: _____    NOTES: _____

3) DATE: _____     TIME: _____    NOTES: _____

4) DATE: _____     TIME: _____    NOTES: _____
------------------------------------------------------------------------
COMMENTS:

                                    MARK C. CURRAN, JR.
                                    SHERIFF OF LAKE COUNTY

                                    BY DEPUTY: _____

------------------------------
NOTARY PUBLIC, LAKE COUNTY, ILLINOIS
MY COMMISSION EXPIRES: