# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 1:08-cv-02162

Plumbers and Steamfitters Local No. 7 Pension Fund

v.

Walgreen Co., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Walgreen Co., et al.

| | |
|---|---|
| **NAME (Type or print)**<br>Alan N. Salpeter | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/  Alan N. Salpeter | |
| **FIRM**<br>Dewey & LeBeouf LLP | |
| **STREET ADDRESS**<br>180 N. Stetson, Suite 3700, Two Prudential Plaza | |
| **CITY/STATE/ZIP**<br>Chicago, IL  60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>02445204 | **TELEPHONE  NUMBER**<br>312-794-8088 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |