## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL NO. 7 PENSION FUND, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | | |
| Plaintiff, | ) ) | No. | 08 CV 2162 |
| vs. | ) ) ) | | Judge Marvin E. Aspen Magistrate Judge Geraldine S. Brown |
| WALGREEN CO., JEFFREY A. REIN, and GREGORY D. WASSON, | ) ) ) | | |
| Defendants. | ) | | |

## STIPULATED [PROPOSED] EXTENSION OF
## TIME TO ANSWER OR OTHERWISE PLEAD

WHEREAS, Plaintiff Plumbers and Steamfitters Local No. 7 Pension Fund filed this lawsuit on April 16, 2008; and

WHEREAS, counsel for Defendants Walgreen Co., Jeffrey A. Rein and Gregory D. Wasson ("Defendants") have accepted service for the Defendants and entered an appearance on May 8, 2008; and

WHEREAS, a lead plaintiff and lead counsel have not been appointed; and

WHEREAS, the lead plaintiff may file a consolidated and amended complaint; and

WHEREAS, it would serve no purpose for the Defendants to answer or otherwise plead in response to the current complaint;

WHEREAS, the parties intend to appear before the Court for the status hearing currently scheduled on June 3, 2008;

NOW THEREFORE, the parties have agreed that Defendants shall have 45 days from the date on which the lead plaintiff files a consolidated and amended complaint or notifies

Defendants' counsel in writing that they do not intend to make such filing to answer or otherwise plead.

IT IS SO STIPULATED.

Dated:  Monday, May 12th, 2008

    PLUMBERS AND STEAMFITTERS LOCAL NO. 7 PENSION FUND, Individually and On Behalf of All Others Similarly Situated

By: /s/ Marvin A. Miller
Attorney for Plaintiff

Marvin A. Miller, Esq.
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, Illinois  60603
Telephone:  312-332-3400
Facsimile:  312-676-2676

WALGREEN CO., JEFFREY A. REIN, and GREGORY D. WASSON

By: /s/ Alan N. Salpeter
Attorneys for Defendants

Alan N. Salpeter, Esq.
Vincent P. Schmeltz III, Esq.
Therese King Nohos, Esq.
DEWEY & LEBOEUF LLP
180 North Stetson, Suite 3700
Two Prudential Plaza
Chicago, Illinois  60601-6710
Telephone:  312-794-8000
Facsimile:  312-794-8100

## CERTIFICATE OF SERVICE

  Alan N. Salpeter, an attorney, hereby certifies that on this Monday, May 12th, 2008, he caused a true and correct copy of the foregoing, **STIPULATED [PROPOSED] EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** to be filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              By: /s/ Alan N. Salpeter
                 Attorneys for Defendants