## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Plumbers and Steamfitters Local No. 7 Pension Fund
                                    Plaintiff,

v.                                                          Case No.:
                                                            1:08−cv−02162

                                                            Honorable Marvin
                                                            E. Aspen

Walgreen Co., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 2, 2008:

    MINUTE entry before the Honorable Marvin E. Aspen dated 6/2/08:The status hearing set for 6/3/08 is reset to 6/19/2008 at 10:30 AM.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.