UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL NO. 7 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>WALGREEN CO., et al.,<br><br>        Defendants. | No. 1:08-cv-02162<br><br><u>CLASS ACTION</u><br><br>Judge Aspen<br>Magistrate Judge Brown |

**MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**

Institutional Investors Teamsters Affiliates Pension Plan, International Brotherhood of Teamsters General Fund and Retirement and Protection Plan (the "Teamsters' Funds") hereby move this Court for an Order (attached hereto as Exhibit A): (i) appointing the Teamsters' Funds as Lead Plaintiff; (ii) approving the Teamsters' Funds' selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel and the law firm of Miller Law LLC to serve as Liaison Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this Motion, the Teamsters' Funds submit herewith a Memorandum of Law and Declaration of Marvin A. Miller, dated June 16, 2008.

DATED:  June 16, 2008          MILLER LAW LLC

                                                                    */s/ Marvin A. Miller*
                                            By:   MARVIN A. MILLER
MARVIN A. MILLER
LORI A. FANNING
115 S. LaSalle Street, Suite 2910
Chicago, IL  60603
Telephone:  312/332-3400
312/676-2676 (fax)

[Proposed] Liaison Counsel

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
X. JAY ALVAREZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiff