IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL NO. 7 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>WALGREEN CO., et al.,<br><br>            Defendants. | No. 1:08-cv-02162<br><br>CLASS ACTION<br><br>Judge Aspen<br>Magistrate Judge Brown |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, June 19, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. Aspen, or any judge sitting in his stead, in Courtroom 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead and Liaison Counsel, Memorandum in Support of The Motion of Teamsters Affiliates Pension Plan, International Brotherhood Of Teamsters General Fund and Retirement and Protection Plan For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead And Liaison Counsel,* and *Declaration of Marvin A. Miller in Support of the Motion of Teamsters Affiliates Pension Plan, International Brotherhood of Teamsters General Fund and Retirement and Protection Plan for appointment as Lead Plaintiff and for Approval of Selection of Lead and Liaison Counsel,* copies of which are hereby served upon you.

Dated: June 16, 2008

Respectfully submitted,

  /s/  Marvin A. Miller
MARVIN A. MILLER
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Tele: 312-332-3400
Fax: 312-676-2676

## **CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

I, Marvin A. Miller, one of the attorneys for plaintiffs, hereby certify that on June 16, 2008, service of the foregoing ***Notice of Motion***, and ***MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL, MEMORANDUM IN SUPPORT OF THE MOTION OF TEAMSTERS AFFILIATES PENSION PLAN, INTERNATIONAL BROTHERHOOD OF TEAMSTERS GENERAL FUND AND RETIREMENT AND PROTECTION PLAN FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL,*** AND ***DECLARATION OF MARVIN A. MILLER IN SUPPORT OF THE MOTION OF TEAMSTERS AFFILIATES PENSION PLAN, INTERNATIONAL BROTHERHOOD OF TEAMSTERS GENERAL FUND AND RETIREMENT AND PROTECTION PLAN FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL,*** was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

      */s/   Marvin A. Miller*
      Marvin A. Miller