## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Plumbers and Steamfitters Local No. 7 Pension Fund
                Plaintiff,

v.

Walgreen Co., et al.
                Defendant.

Case No.: 1:08−cv−02162

Honorable Marvin E. Aspen

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

    MINUTE entry before the Honorable Marvin E. Aspen dated 6/18/08: Plaintiffs' motion for appointment as lead plaintiff and for approval of selection f lead and liaison counsel (Doc. No. 16) is entered and continued. Future date to follow. The status hearing set for 6/19/08 is stricken. The motion hearing set for 6/19/08 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.