UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Plumbers and Steamfitters Local No. 7 Pension
Fund
                       Plaintiff,

v.                                          Case No.: 1:08−cv−02162
                                          Honorable Joan B.
                                          Gottschall

Walgreen Co., et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

       MINUTE entry before the Honorable Joan B. Gottschall: Status hearing set for
8/6/2008 at 09:30 AM. Plaintiff is directed to advise the defendants of the status hearing
forthwith. Parties are directed to discuss settlement of case, consent to proceed before the
Magistrate Judge and a proposed discovery plan. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.