(Revised 02/01/01)

# United States District Court Northern District of Illinois
## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | Plumbers and Steamfitters Local No. 7 Pension Fund, | Plaintiff(s) |
|---|---|---|
| | VS. | |
| | Walgreen Co., et al. | Defendant(s) |

FILED
JUL 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Case Number: 08CV2162 | Judge: Joan B. Gottschall |
|---|---|

I, X. Jay Alvarez, hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

Lead Plaintiff by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| All California State Courts/State Bar of California | 06/20/88 |
| United States District Court, Southern District of California | 07/01/88 |
| Ninth Circuit Court of Appeals | 01/01/92 |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| 02 C 2976 | In re Neopharm, Inc. Securities Litigation | 03/19/07 |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?   Yes ✓   No ☐

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | |
|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | Yes ☐ | No ☑ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ☐ | No ☑ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | Yes ☐ | No ☑ |
| denied admission to the bar of any court? | Yes ☐ | No ☑ |
| held in contempt of court? | Yes ☐ | No ☑ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

July 8, 2008
Date

/s/ Jay
Signature of Applicant

| Applicant's Name | Last Name<br>Alvarez | First Name<br>X. | Middle Name/Initial<br>Jay |
|---|---|---|---|
| Applicant's Law Firm | Coughlin Stoia Geller Rudman & Robbins LLP | | |
| Applicant's Address | Street Address (include suite or room number)<br>655 W. Broadway, Suite 1900 | | State Bar Number<br>134781 |
| | City<br>San Diego | State<br>CA | ZIP Code<br>92101 | Work Phone Number<br>619-231-1058 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $150.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

(Fee Stamp)
PAID
RECEIPT # 462 4005630
JUL 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**ORDER**

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: _____

_____
United States District Judge

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on July 8, 2008, declarant served the APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE FOR X. JAY ALVAREZ by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of July, 2008, at San Diego, California.

_____
TAMARA THWEATT

WALGREEN 08

Service List - 7/8/2008   (08-0090)

Page 1 of 1

**Counsel For Defendant(s)**

Alan N. Salpeter
Therese King Nohos
Vincent P. Schmeltz, III
Dewey & LeBoeuf LLP
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
   312/794-8000
   312/794-8100(Fax)

**Counsel For Plaintiff(s)**

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
   631/367-7100
   631/367-1173(Fax)

X. Jay Alvarez
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
   619/231-1058
   619/231-7423(Fax)

Marvin A. Miller
Lori A. Fanning
Miller Law LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
   312/332-3400
   312/676-2676(Fax)