UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Plumbers and Steamfitters Local No. 7 Pension Fund
                Plaintiff,

v.         Case No.: 1:08−cv−02162
      Honorable Joan B. Gottschall

Walgreen Co., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held and continued to 2/4/2009 at 9:30 A.M. Plaintiff's unopposed Motion for lead plaintiff and for approval of selection of lead and liaison counsel [16] is taken under advisement. Ruling will be by mail. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.