# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2162 | **DATE** | 8/7/2008 |
| **CASE TITLE** | Plumbers & Steamfitters Local No. 7 Pension Fund vs. Walgreen Co. et al. | | |

**DOCKET ENTRY TEXT**

The court hereby grants Ryan A. Llorens's motion for leave to appear pro hac vice [24] and also grants X. Jay Alvarez's motion for leave to appear pro hac vice [23].

Docketing to mail notices.

| | Courtroom Deputy Initials: | DAM/RJ |
|---|---|---|