AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Plumbers and Steamfitters Local No. 7 Pension Fund, et al

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 08 C 2162

Walgreen Co., et al

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's motion to dismiss is granted. Civil case terminated.

Michael W. Dobbins, Clerk of Court

Date: 9/24/2009

/s/ Rhonda Johnson, Deputy Clerk