UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL NO. 7 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>WALGREEN CO., et al.,<br><br>      Defendants. | No. 1:08-cv-02162<br><br><u>CLASS ACTION</u><br><br>Judge Gottschall<br>Magistrate Judge Brown |

LEAD PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S
SEPTEMBER 24, 2009 ORDER

Lead Plaintiff, Teamsters Affiliates Pension Plan, International Brotherhood of Teamsters General Fund and Retirement and Protection Plan, pursuant to Fed. R. Civ. P. 59(e), moves for reconsideration of the Court's September 24, 2009 Order dismissing the Corrected Amended Complaint for Violation of the Securities Exchange Act of 1934 without providing leave to amend. In support of its Motion, Lead Plaintiff relies on and incorporates by reference the Memorandum of Law in Support of Its Motion for Reconsideration of the Court's September 24, 2009 Order, filed simultaneously herewith.

DATED: October 13, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
X. JAY ALVAREZ
RYAN A. LLORENS


             /s/ Ryan A. Llorens
By: RYAN A. LLORENS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

MILLER LAW LLC
MARVIN A. MILLER
LORI A. FANNING
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: 312/332-3400
312/676-2676 (fax)

Liaison Counsel

S:\CasesSD\Walgreen\mot00062369.doc

- 1 -

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 13, 2009.

                          s/ RYAN A. LLORENS
                          RYAN A. LLORENS

                          COUGHLIN STOIA GELLER
                                RUDMAN & ROBBINS LLP
                          655 West Broadway, Suite 1900
                          San Diego, CA  92101-3301
                          Telephone:  619/231-1058
                          619/231-7423 (fax)

                          E-mail:ryanl@csgrr.com

S:\CasesSD\Walgreen\mot00062369.doc

## Mailing Information for a Case 1:08-cv-02162

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **X. Jay Alvarez**
  jaya@csgrr.com,e_file_sd@csgrr.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,JRamirez@millerlawllc.com

- **Ryan A Llorens**
  ryanl@csgrr.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,LFanning@millerlawllc.com,KPulido@millerlawllc.com,JRamirez@millerlawllc.com

- **Therese King Nohos**
  tnohos@dl.com,jefriedman@dl.com,mhanson@dl.com

- **Alan Norris Salpeter**
  asalpeter@dl.com,jefriedman@dl.com,courtalert@dl.com

- **Vincent P. Schmeltz , III**
  vschmeltz@dl.com,llucas@dl.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`