Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2162 | **DATE** | 10/28/2009 |
| **CASE TITLE** | Plumbers and Steamfitters Local No. 7 Pension Fund vs. Walgreen Co., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion for Reconsideration [57] is granted; the case is reopened. Plaintiff is granted leave to file an amended complaint within thirty days.

■[ For further details see text below.]

Docketing to mail notices.

---

## STATEMENT

Plaintiff timely filed a motion for reconsideration of the court's order of September 24, 2009 (Doc. No. 55) dismissing its corrected amended complaint. *See* Fed. R. Civ. P. 59(e). In the motion, Plaintiff seeks leave to file an amended complaint. *See* Mot. (Doc. No. 57). The court finds that Plaintiff has met the more generous reconsideration standard applicable to plaintiffs seeking to file an amended complaint after a court's dismissal of a prior complaint. *See, e.g.*, *Chavez v. Farmington Foods*, No. 97 C 1910, 1997 U.S. Dist. LEXIS 15688, at *7 (N.D. Ill. Sept. 30, 1997). And, moreover, Rule 60(b)(6) grants the court broad authority to relieve a party from final judgment. *See* Fed. R. Civ. P. 60(b)(6). Accordingly, Plaintiff's Motion for Reconsideration is granted and the case is reopened. Plaintiff is given leave to file an amended complaint within thirty days.

| | Courtroom Deputy Initials: | DM |
|---|---|---|