IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL NO. 7 PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO., JEFFREY A. REIN and GREGORY D. WASSON,<br><br>Defendants. | Case No. 08 CV 2162<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Morton Denlow |

## DEFENDANTS' MOTION TO DISMISS
## SECOND AMENDED COMPLAINT

Defendants Walgreen Co., Jeffrey A. Rein, and Gregory D. Wasson, pursuant to Fed. R. Civ. P. 12(b)(6) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, move to dismiss Plaintiff's Second Amended Complaint, with prejudice, for failure to state a claim upon which the Court can grant relief. In support, defendants rely on and incorporate by reference their contemporaneously filed Memorandum In Support Of Defendants' Motion To Dismiss.

Dated: February 1, 2001

Respectfully submitted,

WALGREEN CO., JEFFREY A. REIN, AND GREGORY D. WASSON

By____/s/ Vincent P. Schmeltz III____
One of their attorneys

Alan N. Salpeter, Esq.
Vincent P. Schmeltz III, Esq.
Therese King Nohos, Esq.
DEWEY & LEBOEUF LLP
180 North Stetson, Suite 3700
Chicago, Illinois 60601-6710
Telephone: 312-794-8000
Facsimile: 312-794-8100

## CERTIFICATE OF SERVICE

Vincent P. Schmeltz III, an attorney, hereby certifies that on this 1st day of February, 2010, a true and correct copy of: (i) **DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**; and (ii) **MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** were filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By /s/ Vincent P. Schmeltz III
Vincent P. Schmeltz III