AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

Teamseters Affiliates Pension Plan et al
*Plaintiff*
v.
Walgreen Co. et al
*Defendant*

Civil Action No. 08 C 2162

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ________ recover from the defendant *(name)* ________ the amount of ________ dollars ($ ________ ), which includes prejudgment interest at the rate of ________ %, plus postjudgment interest at the rate of ________ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ________ recover costs from the plaintiff *(name)* ________ .

☑ other: Defendant's motion to dismiss second amended complaint is granted.

.

This action was *(check one)*:

☐ tried by a jury with Judge ________ presiding, and the jury has rendered a verdict.

☐ tried by Judge ________ without a jury and the above decision was reached.

☑ decided by Judge Joan B. Gottschall on a motion for dismissal of second amended complaint.

Date: 09/29/2010

*MICHAEL W. DOBBINS, CLERK OF COURT*

/s/ Rhonda Johnson
*Deputy Clerk*

Print Save As... Reset